IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KODJOVI PINTO-KEKO, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV436 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA RETIREMENT SERVICES, | ) | ORDER |
| d/b/a ST. JOSEPH'S VILLA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the stipulation for dismissal with prejudice (Filing No. 21),

IT IS ORDERED that this action is dismissed with prejudice, except that the Court shall retain jurisdiction over the parties as is necessary to effectuate the terms and conditions of the parties' settlement agreement.

DATED this 12th day of August, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court